IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-07027 BKT

DAVID PETERSON ALBANDOZ

Chapter 13

XXX-XX-1865

Debtor(s)

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **08/03/2010** (Docket no. **4**) is not confirmed.

2. Hearing on Confirmation is continued to: **01/27/2011 at 09:00 A.M., US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

/S/Brian K. Tester
U.S. Bankruptcy Judge

Date: 10/01/10                BY:  AIDA MACHARGO
                                   Courtroom Deputy